UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NABUCONOGOSOR REYES TAVERAS,
Plaintiff,

-against-

WALMART TRANSPORTATION LLC & JOHN DOE,
Defendant.

------------------------------------------------------------X

26 Civ. 5314 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered July 14, 2026, referred this case for mediation under Local Civil Rule 83.9. It is hereby

**ORDERED** that the parties shall file a joint letter **every 45 days**, beginning from the date of this Order, regarding the status of mediation.

Dated: July 15, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**