UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NABUCONOGOSOR REYES TAVERAS, Plaintiff, -against- WALMART TRANSPORTATION LLC & JOHN DOE, Defendants. | 26 Civ. 5314 (LGS) ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered July 15, 2026, directed the parties to file a joint status letter every 45 days regarding the status of mediation.

WHEREAS, the parties failed to file the letter by August 31, 2026. It is hereby

**ORDERED** that, by **September 18, 2026**, the parties shall file a letter, in accordance with Individual Rule III.D.3, regarding the status of mediation. The parties are reminded that discovery is not stayed during settlement negotiations. It is further

**ORDERED** that, the parties shall file joint status letters **every 45 days** from September 18, 2026.

Dated: September 2, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE