UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NABUCONOGOSOR REYES TAVERAS,
Plaintiff,

-against-

WALMART TRANSPORTATION LLC et al.,
Defendants.

-----------------------------------------------------------X

26 Civ. 5314 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for October 20, 2026.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the October 20, 2026, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if any party seeks to file a motion for summary judgment at the conclusion of discovery, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.6. It is further

**ORDERED** that, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or resume mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that fact and expert discovery deadlines will not be extended absent compelling circumstances.

Dated: October 15, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE